1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Michele Mollen

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MICHELE MOLLEN, | Case No.: 2:14-cv-02383-UA-PJW |
| Plaintiff, | JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

   The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

   IT IS SO ORDERED.
DATE: November 5, 2014

   _____
   THE HONORABLE PATRICK J. WALSH
   UNITED STATES MAGISTRATE JUDGE

   _____

-1-